# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA

vs.

**TRYSTAN ROSS COCHRANE**　　　　　　No. CR 24-51-BLG-SPW

DOB: ▓▓ 2002　　　　　　　　　　　　PETITION TO OPEN
SSN: ▓▓▓▓▓▓▓　　　　　　　　　　　JUVENILE/SEALED RECORDS

Whereas the above-name defendant entered a plea of guilty on August 15, 2024, to Possession with Intent to Distribute Fentanyl and Prohibited Person in Possession of a Firearm and Ammunition, and United States District Court Judge Susan P. Watters having ordered a Pre-Sentence Investigation into the Defendant's background, the Petitioner requests all juvenile records pertaining to the defendant, including law enforcement, Courts, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug, and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully,

*/s/ Tucker Hood*

Tucker Hood
United States Probation Officer

Date: 11/20/2024

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court having considered the aforementioned petition does hereby order the release of pertinent juvenile records held by any law enforcement agency, Courts, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

*/s/ Susan P. Watters*

Honorable Susan P. Watters
United States District Judge

Dated this 20th day of November, 2024.